UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Towana Parker,

      Plaintiff(s),

v.           Case No. 5:12–cv–15005–JCO–LJM
           Hon. John Corbett O'Meara
Law Offices of Susan Addison
Blush, P.C.,

      Defendant(s).

_____


**JUDGMENT FOR PLAINTIFF(S)**
**Decision by Court**

  This action came to trial or hearing before the Court.  The issues have been duly tried or heard and a decision has been rendered.

  The Court has ordered that Plaintiff(s) recover of Defendant(s) the amount of $ with interest at the rate provided by law.



        DAVID J. WEAVER, CLERK OF COURT


      By: s/ W. Barkholz_____
        Deputy Clerk


Dated:   January 30, 2013


Approved as to form:


s/ John Corbett O'Meara_____