UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOWANA PARKER,

          Plaintiff,

Case No. 12-15005

HONORABLE JOHN CORBETT O'MEARA

v.

LAW OFFICES OF SUSAN ADDISON
BLUSH, P.C. d/b/a KENTWOOD LAW
GROUP,

          Defendant.
_____/

AMENDED JUDGMENT

    Before the court is Plaintiff's acceptance of Defendant's offer of judgment, filed January 7, 2013.  Pursuant to Federal Rule of Civil Procedure 68, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff against Defendant in the amount of $1001.00.

                              DAVID WEAVER
                              CLERK OF THE COURT

                              By: s/William Barkholz
                              Deputy Clerk

Date: January 30, 2013

APPROVED BY:

s/John Corbett O'Meara
United States District Judge