IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOWANA PARKER, )<br>)<br>Plaintiff, )<br>) Case No.5:12-CV-15005<br>v. )<br>) Judge John Corbett O'Meara<br>LAW OFFICES OF SUSAN ADDISON )<br>BLUSH, P.C. d/b/a KENTWOOD LAW )<br>GROUP )<br>)<br>Defendant. )<br>_____ ) | |

Ronald S. Weiss (P48762)  
7035 Orchard Lake Road, Suite 600  
West Bloomfield, MI 48322  
RWeiss@AttorneysForConsumers.com  
(248) 737-8000  
(248) 737-8003 Fax  
*Lead Counsel for Plaintiff*  
*Co-Counsel with Weisberg & Meyers, LLC*

**Correspondence address**  
Weisberg & Meyers, LLC  
5025 N. Central Ave., #602  
Phoenix, AZ 85012

_____

### SATISFACTION OF JUDGMENT
_____

NOTICE IS HEREBY GIVEN that Plaintiff and his counsel of record acknowledge that the Judgment has been received and that the Judgment is therefore fully satisfied.

**RESPECTFULLY SUBMITTED** this 10th day of October, 2013.

                            Respectfully submitted,

October 10, 2013                /s/ Ronald S. Weiss  
                                     Ronald S. Weiss  
                                       7035 Orchard Lake Road, Suite 600  
                                       West Bloomfield, MI 48322

[RWeiss@AttorneysForConsumers.com](mailto:RWeiss@AttorneysForConsumers.com)
*Co-Counsel to Weisberg & Meyers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, the foregoing document was electronically filed with the clerk of the U.S. District Court for the Eastern District of Michigan, using CM/ECF, which shall send notification of such filing to the following:

Scott S. Holmes
Foley & Mansfield, PLLP
Attorney for Defendant
130 E. 9 Mile Road
Ferndale, MI 48220
sholmes@foleymansfield.com


By: s/Ronald S. Weiss
      Ronald S. Weiss